ROBERT E. SCHUMACHER  (SBN:  7504)
CARL R. HOUSTON (SBN:  11161)
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
rschumacher@gordonrees.com

Attorneys For:  Defendant
TURNER BROADCASTING SYSTEM, INC.
and LANGLEY PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TINA VLIJTER, an individual; | CASE NO. 2:10-cv-02138-LDG -LRL |
| Plaintiff, | **STIPULATION AND ORDER FOR** |
| vs. | **DISMISSAL WITH PREJUDICE** |
| TURNER BROADCASTING SYSTEM, INC., a Georgia Corporation; LANGLEY PRODUCTIONS, INC., a California Corporation, DOES I-X, inclusive; and ROE Corporations XI-XX, inclusive; | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, TINA

VLIJTER, by and through her attorney of record, Easton K. Harris, Esq., of the law offices of

Greenberg Harris, and Defendants TURNER BROADCASTING SYSTEM, INC. and

LANGLEY PRODUCTIONS, INC., by and through their attorney of record, Robert E.

Schumacher, Esq., of the law offices of Gordon & Rees LLP, that the above-captioned matter be

///
///
///
///
///

-1-

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

1  dismissed with prejudice in its entirety, with each party to bear its own attorney's fees and costs.

2  Dated this 23rd day of December, 2010.          Dated this 23rd day of December, 2010.

3  GREENBERG HARRIS                                 GORDON & REES LLP

4

5

6  EASTON K. HARRIS, ESQ.                           ROBERT E. SCHUMACHER, ESQ.
7  7674 West Lake Mead Blvd., Ste. 245              3770 Howard Hughes Pkwy., Ste. 100
   Las Vegas, NV 89128                              Las Vegas, NV 89169
   Telephone: (702) 796-5221                        Telephone: (702) 577-9300
8  Facsimile: (702) 796-6278                        Facsimile: (702) 255-2858
   Attorney for                                     Attorney for
9  TINA VLIJTER                                     TURNER BROADCASTING SYSTEMS,
                                                    INC. and LANGLEY PRODUCTIONS,
10                                                  INC.

11

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-2-

## ORDER

Based on the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice in its entirety, each party to bear their own respective attorney's fees and costs herein.

DATED this 13 day of December, 2010. JAN 2011

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GORDON & REES LLP

_____
Robert E. Schumacher, Esq. (SBN: 7504)
Carl R. Houston (SBN: 11161)
Gordon & Rees LLP
3770 Howard Hughes Pkwy., Suite 100
Las Vegas, NV 89169
Attorneys for Defendants
Turner Broadcasting Systems, Inc. and
Langley Productions, Inc.

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

-3-